

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROBERT HANSMAN, | § | |
| Appellant, | § | No. 08-13-00295-CV |
| | § | Appeal from |
| v. | § | 120th District Court |
| McDONALDS RESTAURANT, YORK CLAIMS SERVICE, | § | of El Paso County, Texas |
| LEXINGTON INSURANCE COMPANY, AND CASTRO ENTERPRISES, INC., | § | (TC # 2011-2356) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that because Appellant is indigent, no order regarding costs is made. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF MAY, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.